ACCEPTED
12-15-00093-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/29/2015 4:14:37 PM
CATHY LUSK
CLERK

# The Law Office of Reynaldo P. Morin, PLLC

Attorney at Law

216 N. Church St.

Nacogdoches, Texas 75961

Telephone: 936-559-7100

Email: rey@rpmorinlaw.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/29/2015 4:14:37 PM

CATHY S. LUSK
Clerk

July 29, 2015

Katrina McClenny
Chief Deputy Clerk
Twelfth Court of Appeals
1517 West Front Street, Ste. 354
Tyler, Texas 75702

Mr. Andrew Jones, IV
Assistant District Attorney
District Attorney's Office
101 W. Main, Ste. 250
Nacogdoches, TX 75961

\*DELIVERED VIA E-MAIL\*

\*DELIVERED VIA E-MAIL\*

RE:     Case Number:                    12-15-00093-CR
        Trial Court Case Number          F1521498

Style:  Jose Ignacio Lopez-Hernandez
        v.
        The State of Texas

The letter is to show compliance with the court's letter dated July 23, 2015. The balance of the transcript has been paid in full. A copy of the receipt is attached to the letter.

If there are any questions, do not hesitate to contact me.

Sincerely,

Reynaldo P. Morin
Attorney at Law



PAID


ANDREA E. SIMMONS, CSR

Certified Shorthand Reporter

Reynaldo Morin, Esq.
Reynaldo Morin
216 North Church Street
Nacogdoches TX  75961-5202

| | |
|---|---|
| Invoice # | 1062 |
| Invoice Date | April 15, 2015 |
| **Amount Due** | **$0.00 USD** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| Original and Two Copies | The State of Texas vs. Jose Ignacio Lopez-Hernandez | 0.00 | 0 | 0.00 |
| | Volume 1 - Master Index | 6.00 | 11 | 66.00 |
| | Volume 2 - Reliability Hearing | 6.00 | 17 | 102.00 |
| | Volume 3 Jury Selection Proceedings (2.23.2015) | 6.00 | 154 | 924.00 |
| | Volume 4 Trial Proceedings (3.2.2015) | 6.00 | 110 | 660.00 |
| | Volume 5 Trial Proceedings (3.2.2015) | 6.00 | 21 | 126.00 |
| | Volume 6 Trial Proceedings (3.3.2015) | 6.00 | 59 | 354.00 |
| | Volume 7 Trial Proceedings (3.3.2015) | 6.00 | 8 | 48.00 |
| | Volume 8 Trial Proceedings (3.4.2015) | 6.00 | 55 | 330.00 |
| | Volume 9 - Exhibit Index | 0.50 | 219 | 109.50 |

| | |
|---|---|
| **Total** | **2,719.50** |
| Amount Paid | -2,719.50 |
| **Amount Due** | **$0.00 USD** |

**Terms**
Due Upon Receipt

**Notes**
The balance owed must be paid before the record is filed with the Court of Appeals. Thank you.